B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Bola Evelyn Adeyiga** Debtor(s)

Case No. **13-18415**
Chapter **7**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **306.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ **76.50** Check one   ☐ With the filing of the petition, or
    ■ On or before **5/30/13**

    $ **76.50** on or before **6/29/13**

    $ **76.50** on or before **7/29/13**

    $ **76.50** on or before **8/28/13**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **May 3, 2013**

Signature **/s/ Bola Evelyn Adeyiga**
**Bola Evelyn Adeyiga**
Debtor

**/s/ Dennis W. Hoornstra**
Attorney for Debtor(s)
**Dennis W. Hoornstra 01256947**
**Law Office of Dennis W. Hoornstra**
**100 W. Roosevelt Road, Unit B8 103C**
**Wheaton, IL 60187**
**630-462-8100**
**Fax: 630-462-8127**
**d.hoornstra@sbcglobal.net**

B3A (Official Form 3A) (12/07) - Cont.                                                                                       5/03/13 2:52PM

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bola Evelyn Adeyiga**                                                                Case No.  **13-18415**
Debtor(s)                                                                                      Chapter   **7**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one    ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____  on or before _____

$ _____  on or before _____

$ _____  on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____                                                    _____
                                                                      *United States Bankruptcy Judge*

01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:             )
   Bola Evelyn Adeyiga     ) Case No. 13-18415
              ) Chapter 7
              )
   Debtor(s)         )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re: _____
  (Specify Document)

I (We), **Bola Evelyn Adeyiga** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the Amended Application to pay filing fees in installments being filed simultaneously with this Declaration and that the information therein is true and correct.

**Bola Evelyn Adeyiga**
_____  _____
Printed or Typed Name of Debtor or Other Person  Printed or Typed Name of Joint Debtor

_____  _____
Signature of Debtor or Other Person  Signature of Joint Debtor

5/3/13
_____  _____
Date  Date

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

May 03 2013 1:32    DENNIS HOORNSTRA    16304628127    p.2

5/03/13 12:00PM

B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Bola Evelyn Adeyiga_____
                        Debtor(s)

Case No. __13-18415__
Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __306.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __76.50__ Check one   ☐ With the filing of the petition, or
                           ■ On or before __5/30/13__

   $ __76.50__ on or before __6/29/13__

   $ __76.50__ on or before __7/29/13__

   $ __76.50__ on or before __8/28/13__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __5/3/13__         Signature __/s/ Bola Evelyn Adeyiga__
                                  Bola Evelyn Adeyiga
                                  Debtor

Attorney for Debtor(s)
Dennis W. Hoornstra 01286947
Law Office of Dennis W. Hoornstra
100 W. Roosevelt Road, Unit B8 103C
Wheaton, IL 60187
630-462-8100
Fax: 630-462-8127
d.hoornstra@sbcglobal.net

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

5/03/13 12:00PM

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Bola Evelyn Adeyiga**

Debtor(s)

Case No. **13-18415**

Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one  ☐ With the filing of the petition, or
                          ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

_____
*United States Bankruptcy Judge*