B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bola Evelyn Adeyiga**                                         Case No.  **13-18415**
Debtor(s)                                                               Chapter  **7**

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **306.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $  **76.50**  Check one    ☐ With the filing of the petition, or
                              ■ On or before  **5/30/13**

   $  **76.50**  on or before  **6/29/13**

   $  **76.50**  on or before  **7/29/13**

   $  **76.50**  on or before  **8/28/13**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  **May 8, 2013**                                Signature  **/s/ Bola Evelyn Adeyiga**
                                                                 **Bola Evelyn Adeyiga**
**/s/ Dennis W. Hoornstra**                                      Debtor
Attorney for Debtor(s)
**Dennis W. Hoornstra 01256947**
**Law Office of Dennis W. Hoornstra**
**100 W. Roosevelt Road, Unit B8 103C**
**Wheaton, IL 60187**
**630-462-8100**
**Fax: 630-462-8127**
**d.hoornstra@sbcglobal.net**

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bola Evelyn Adeyiga**                                                                                  Case No.  **13-18415**
Debtor(s)                                                                                                       Chapter   **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one    ☐ With the filing of the petition, or
                           ☐ On or before _____

$ _____  on or before _____

$ _____  on or before _____

$ _____  on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____                                                              _____
                                                                             *United States Bankruptcy Judge*

May 03 2013 1:32   DENNIS HOORNSTRA        16304628127         p.1

01/2012

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE:                             )
    Bola Evelyn Adeyiga         )   Case No. 13-18415
                                   )   Chapter 7
                                   )
    Debtor(s)                   )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re: _____
    (Specify Document)

I (We), **Bola Evelyn Adeyiga** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the Amended Application to pay filing fees in installments being filed simultaneously with this Declaration and that the information therein is true and correct.

**Bola Evelyn Adeyiga**
Printed or Typed Name of Debtor or Other Person

Signature of Debtor or Other Person

5/3/13
Date

Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

Date

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy